(Argued May 21, 1935; decided June 4, 1935.)

*I. Theodore Leader* and *Joseph Eckhaus* for appellant.
*Bernard F. Farley* and *William Butler* for National 5, 10 and 25 Cent Stores et al., respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.